# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NATHAN S. LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a nonprofit California corporation; HARRY A. ATWATER, an individual; EDWARD M. STOLPER, an individual; and JACQUELINE K. BARTON, an individual,<br><br>Defendants. | Case No. 2:18-cv-05964-CAS-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br>Judge: Hon. Christina A, Snyder<br><br>Magistrate Judge: Hon. Rozella A. Oliver |

Having considered the parties' Stipulated Protective Order Regarding Confidential Information (Dkt. 41), and good cause appearing, the exchange of confidential information and discovery in the above-captioned action shall be made in accordance with the parties' Stipulated Protective Order Regarding Confidential Information.

IT IS SO ORDERED.

Dated: March 20, 2020

                                                    _____
                                                    Honorable Rozella A. Oliver
                                                    United States Magistrate Judge