John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Maxwell K. Coll, State Bar No. 312651
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA  90014
Telephone:   (213) 788-4340
Facsimile:    (888) 775-0898

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA *ex rel.* NATHAN S. LEWIS, | Case No. 2:18-cv-05964-CAS-RAOx |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION EXTENDING CERTAIN SCHEDULING ORDER DEADLINES |
| vs. | |
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a nonprofit California corporation; HARRY A. ATWATER, an individual; EDWARD M. STOLPER, an individual; and JACQUELINE K. BARTON, an individual, | |
| Defendants. | |

Before the Court is the Joint Stipulation Extending Certain Scheduling Order Deadlines (Dkt. 45), filed by Plaintiff and Relator Nathan Lewis and Defendants California Institute of Technology, Harry A. Atwater, Edward M. Stolper and Jacqueline K. Barton.

Good cause appearing therefor, the Joint Stipulation is GRANTED.  The Court sets forth the following schedule:

| Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Fact Discovery Cut-off | September 30, 2020 | November 24, 2020 |
| Last Day to Serve Initial Expert Reports | October 14, 2020 | December 1, 2020 |

| Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Last Day to Serve Rebuttal Expert Reports | October 28, 2020 | December 21, 2020 |
| Expert Discovery Cut-off | November 12, 2020 | January 8, 2021 |
| Last Day to File Motions | January 25, 2021 | **Unchanged** |
| Last Day to Conduct Settlement Proceedings | November 2, 2020 | December 2, 2020 |
| Status Conference re: Settlement | November 16, 2020 (11:00 a.m.) | December 14, 2020 (11:00 a.m.) |
| Pretrial Conference/Hearing on Motions in Limine | April 26, 2021 (11:00 a.m.) | **Unchanged** |
| Jury Trial | May 11, 2021 (9:30 a.m.) | **Unchanged** |

**IT IS SO ORDERED.**

Dated: August 13, 2020

Hon. Christina A. Snyder
United States District Judge

- 2 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING CERTAIN SCHEDULING ORDER DEADLINES

5794227